ETHEL G. LAWRENCE, Appellant, v. JOHN CAMPBELL LAWRENCE, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HAROLD A. LIFTON and Others, Copartners, etc., Appellants, v. ARTHUR BLANK and Another, Copartners, etc., Respondents.— Order denying injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

LELAND H. LYON, Appellant, v. THEODATE POPE RIDDLE, Respondent.— Order affirmed, with ten dollars costs and disbursements. We are of opinion that the case of *Potter* v. *City of New York* (59 App. Div. 70) is distinguishable from the case at bar. Plaintiff here was engaged at work upon a large and extensive institution, embracing many separate buildings, and is not carrying out a particular job according to one plan or design. His work involved the constant preparation of new plans and designs, in which the element of definiteness is lacking. If plaintiff's theory be correct, that the work in question is a definite, distinct job, then he would be at liberty to force defendant to accept for an almost indefinite period such plans and designs as he saw fit to prepare and submit. Rich, Jaycox and Manning, JJ., concur; Kelly, P. J., and Young, J., dissent.

ISABELLE MARKOWITZ, Appellant, v. MAX BAKST, Respondent.— Judgment dismissing complaint affirmed, with costs. No opinion. Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., and Rich, J., dissent.

MAX MARKOWITZ, Appellant, v. MAX BAKST, Respondent.— Judgment dismissing complaint affirmed, with costs. No opinion. Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., and Rich, J., dissent.

LUIGI MAURO, Respondent, v. LOUIS DE GIACOMO, Appellant.— Order striking out defense affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

JOHN C. McINERNEY and Others, Respondents, v. JOHN H. PLATE, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JOSEPH MENDOLIA, Respondent, v. JOSEPH INGOGLIA and Others, Defendants. BERNHARDT D. LOEWENSTEIN, Assignee of Purchasers at Sheriff's Sale, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

SIGMUND MOREL, Doing Business under the Trade Name, etc., Respondent, v. HARRY SILVERSTEIN, Doing Business under the Trade Name, etc., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

EUGENE MORTILLARO, an Infant, by MARGARET MORTILLARO, His Guardian ad Litem, Respondent, v. JOSEPHINE MORTILLARO, an Infant, by JOSEPHINE OCELLO, Her Guardian ad Litem, Appellant.— Judgment annulling marriage unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.